UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40737
Summary Calendar
_____


Imad Farah Bechara,

                              Petitioner-Appellant,

                    versus

Immigration and Naturalization Service,

                              Respondent-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Texas
(L-95-CV-79)
_____

February 1, 1996

Before KING, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Imad Farah Bechara appeals from the district court's
dismissal, as frivolous under 28 U.S.C. § 1915(d), of his petition
for writ of habeas corpus.  We have reviewed the record and the
district court's opinion and find, for the reasons set forth in its
Memorandum and Order dated August 24, 1995, that the district court
correctly dismissed Bechara's petition.  Additionally, those issues

_____

[*]    Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

raised by Bechara for the first time on appeal are not properly before this Court and will not be considered.

Bechara's request for a discretionary stay of deportation under the All Writs Act is DENIED. Bechara's requests to supplement the record on appeal are DENIED.

AFFIRMED.